UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

VANESSA BLANC

VERSUS

JERUE LOGISTICS SOLUTIONS, LLC,
ET AL.

CASE NO.  6:25-CV-02010

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE WHITEHURST

ORDER

Defendant filed a Motion to Dismiss [ECF No. 34], and Plaintiff filed a Motion for Abstention and Stay of Further Proceedings [ECF No. 49] and a Motion for Reconsideration [ECF No. 64]. Magistrate Judge Carol B. Whitehurst entered a Report and Recommendation ("R&R") with regard to the forgoing motions.[1] No party has filed objections.

After conducting a de novo review of the briefing on the motions, as well as a review of the R&R, the Court agrees with the reasoning provided by the Magistrate Judge and adopts it as the opinion of the Court. Accordingly,

IT IS HEREBY ORDERED that the Motion to Dismiss [ECF No. 34] is DEFERRED.

IT IS FURTHER ORDERED that the Motion for Abstention and Stay of Further Proceedings [ECF No. 49] is GRANTED.

IT IS FURTHER ORDERED that the Motion for Reconsideration [ECF No. 64] is DENIED.

IT IS FURTHER ORDERED that all claims against Defendants, Rolando Ramirez, Jr. and Nolan Logistics, are DISMISSED without prejudice.

---

[1] See ECF No. 68.

IT IS FURTHER ORDERED that this civil action is STAYED pending a decision of the U.S. Supreme Court in *Montgomery v. Caribe Transport*, or until July 31, 2026, whichever is earlier.[2]

THUS DONE in Chambers on this __7th__ day of April, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[2] Should a decision issue in *Montgomery v. Caribe Transport* prior to July 31, 2026, counsel are to notify the Court at their earliest opportunity.